**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

ARMANDO SIMONAJ,

                Petitioner,                23 **CIVIL** 10322 (JHR)

    -against-                      **JUDGMENT**

MERRICK GARLAND et al.,

                Respondents.

------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 29, 2024, the Court dismisses this action without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Accordingly, the case is closed.

**Dated:** New York, New York

    March 1, 2024

                                                    RUBY J. KRAJICK
                                                    Clerk of Court

                                  BY:
                                                      _____
                                                              **Deputy Clerk**